JOHN ALBRECHT
General Counsel
Nevada Bar No. 4504
2215 Raggio Parkway
Reno, Nevada 89512
(775) 784-7396
(775) 784-7315--fax
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE SIMMONS, | )<br>) |
| Plaintiff, | ) CASE NO.: 3:19-cv-00382-LRH-CDC<br>) |
| vs. | )<br>) |
| NEVADA SYSTEM OF HIGHER EDUCATION obo TRUCKEE MEADOWS COMMUNITY COLLEGE | )<br>)<br>)<br>) |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME TO FILE MOTIONS
### (First Request)

Defendant Nevada System of Higher Education, by its attorney, John Albrecht, Truckee Meadows Community College, and Plaintiff Kyle Simmons, by his attorney, Michael Langton, hereby, stipulate that the Defendant Nevada System of Higher Education has up to and including August 30, 2019, to file motions or file an answer. The reason for the request is that Defendant's Attorney was hospitalized from June 30 through July 10, 2019, and out of the office recovering through July 28, 2019, and the press of business prevented this request from being filed.

///

///

///

DATED this 13th day of August 2019.

/s/ *John Albrecht*
John Albrecht
Attorney for Defendant Nevada
System of Higher Education

DATED this 13th day of August 2019.

/s/ *Michael Langton*
Michael Langton
Attorney for Plaintiff Kyle Simmons

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 8/14/2019