UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KYLE SIMMONS, | CASE NO.: 3:19-cv-00382 |
| Plaintiff, | |
| vs. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, | |
| Defendant. | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

**COMES NOW** Plaintiff Kyle Simmons by and through his undersigned counsel, and Defendants Nevada System of Higher Education, et al., and herewith stipulate that counsel for Plaintiff may have up to and including October 16, 2019, to file Plaintiff's response to Defendants' Motion To Dismiss.

**DATED** this 4 day of September, 2019.

JOHN ALBRECHT, ESQ.
Nevada Bar No.: 4504
2215 Reggio Parkway
Reno, Nevada 89512
(775) 673-7396

Attorney For Defendants

MICHAEL E. LANGTON, ESQ.
Nevada Bar No.: 0290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7447

Attorney For Plaintiff

SEE ORDER ON NEXT PAGE

# O R D E R

**IT IS SO ORDERED.**

Dated this 6th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE