MICHAEL E. LANGTON, Esq.
Nevada Bar No.: 290
801 Riverside Drive
Reno, NV 89503
(775) 329-7557
mlangton@sbcglobal.net

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE SIMMONS, | CASE NO.: 3:19-cv-00382 |
| Plaintiff, | |
| vs. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, | |
| Defendant. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**COMES NOW** Plaintiff Kyle Simmons by and through his undersigned counsel, and Defendants Nevada System of Higher Education, et al., and herewith stipulate that counsel for Plaintiff may have up to and including Wednesday, October 23,

///
///
///
///
///
///
///
///

clients/simmons/stip for ext of time 10.16.2019

2019, to file Plaintiff's response to Defendants' Motion To Dismiss.

**DATED** this _16_ day of October, 2019.

/s/ _____
JOHN ALBRECHT, ESQ.
Nevada Bar No.: 4504
2215 Reggio Parkway
Reno, Nevada 89512
(775) 673-7396

Attorney For Defendants

*Michael E. Langton*
MICHAEL E. LANGTON, ESQ.
Nevada Bar No.: 0290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7447

Attorney For Plaintiff

**IT IS SO ORDERED.**

Dated this _22nd_ day of October, 2019.

_____
U.S. DISTRICT COURT JUDGE

Michael E. Langton, Esq.
801 Riverside Drive
Reno, Nevada 89503
Voice: (775) 329-7557 Fax (775) 329-7447