1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                       * * *

9    KYLE SIMMONS,                        | Case No. 3:19-cv-00382-LRH-CLB

10                          Plaintiff,    | ORDER

11        v.

12   NEVADA SYSTEM OF HIGHER
     EDUCATION, and THE BOARD OF
13   REGENTS OF THE NEVADA SYSTEM
     OF HIGHER EDUCATION, and
14   TRUCKEE MEADOWS COMMUNITY
     COLLEGE, and DOES I-X, inclusive,
15

16                          Defendants.

17

18        Before the court is Nevada System of Higher Education, The Board of Regents of

19   the Nevada System of Higher Education, and Truckee Meadows Community College's

20   Motion to Extend Time to File its Reply in Support of their Motion to Dismiss and

21   Memorandum of Points and Authorities.  In the document, defendant explains the

22   various filings and the errors contained therein and makes two requests of the court:

23   (1) strike ECF No. 29, and (2) allow defendant a two-day delay in filing its reply (ECF

24   No. 25) to plaintiff's motion to dismiss (ECF No. 14).

25        The court having reviewed the filings, and good cause appearing, IT IS HEREBY

26   ORDERED that the Clerk of the Court shall strike ECF No.  29.

27   ///

28   ///

                                            1

1    IT IS FURTHER ORDERED that defendant's request for a two-day extension by

2   which to file its reply is GRANTED *nunc pro tunc*.

3    IT IS FURTHER ORDERED that counsel shall consult with each other and file a

4   stipulation with the court should they wish to change the caption of this matter.

5

6    IT IS SO ORDERED.

7    DATED this 9th day of January, 2020.

8

9   _____
    LARRY R. HICKS
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28