UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KYLE SIMMONS, | Case No. 3:19-cv-00382-LRH-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, and THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, and TRUCKEE MEADOWS COMMUNITY COLLEGE, and DOES I-X, inclusive, | |
| Defendants. | |

On February 6, 2020, the court entered an Order granting defendants' motion to dismiss plaintiff's Complaint in its entirety but provided plaintiff with 30 days to file an amended complaint. ECF No. 32. Plaintiff did not do so; therefore, defendants filed a motion for the court to enter judgment in its favor on March 10, 2020. ECF No. 33. Plaintiff has not responded to this motion—any response was due by March 24, 2020. *See id.* Accordingly, defendants filed a Notice of Entry of Order on the same day. ECF No. 34.

Because plaintiff has not filed an amended complaint within the court ordered time, and because the court previously dismissed plaintiff's complaint, IT IS THEREFORE ORDERED that defendants' motion to enter judgment (ECF No. 33) is **GRANTED**.

The Clerk of Court is directed to enter **JUDGMENT** in favor of the defendants.

IT IS SO ORDERED.

DATED this 25th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1